# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FLORIDA TINY HOUSE BUILDERS, LLC,**
Appellant,

v.

**CAMILLE M. GERSIC,**
Appellee.

No. 4D2024-0595

[May 1, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond W. Alonzo III, Judge; L.T. Case No. 562022CC002360.

Timothy J. Murphy of the Murphy Law Firm, Palm Beach Gardens, for appellant.

Camille M. Gersic, Bokeelia, pro se.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***